

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00161-CR

| | | |
|---|---|---|
| BRUCE ALLAN TUCKER, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR14769) |
| v. | § | July 24, 2025 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack